IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. COREIA, | : | Case No. 4:CV-04-2425 |
|     Plaintiff | : | |
| | : | (Judge Jones) |
| v | : | |
| | : | |
| SCHUYLKILL COUNTY AREA | : | |
| VOCATIONAL-TECHNICAL | : | |
| SCHOOL AUTHORITY, ET AL. | : | |
|     Defendants | : | |

**ORDER**

June 20, 2005

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Our May 31, 2005 Order (doc. 21) is vacated in its entirety.[1]

2. Plaintiff's Nunc Pro Tunc Motion for Extension of Time to File Amended Complaint (doc. 20) is granted to the extent that Plaintiff's Amended Complaint, attached to the Motion as Exhibit A, shall be deemed filed as of the date of this Order.

2. Defendants shall file an answer to the Amended Complaint in

---

[1] We are vacating our May 31, 2005 Order as Plaintiff did not forthwith file his Amended Complaint in accordance with that order. In the future, we expect that Plaintiff will follow all directives issued by the Court in a timely fashion.

1

accordance with the Federal Rules of Civil Procedure.

s/ John E. Jones III
John E. Jones III
United States District Judge
